Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 2926

ARNOLD GUSSIN and LESLIE GUSSIN,

                                  Plaintiff(s),

          -against-

THE CITY OF NEW YORK,

                                  Defendant.

**STATEMENT OF RELATED CASE PURSUANT TO LOCAL RULE 1.6(a)**

Pursuant to 1.6(a) of the Local Civil Rules of the Southern District of New York, Defendant THE CITY OF NEW YORK requests that this case be designated as a related case to the following civil case now pending before the Hon. Alvin K. Hellerstein in the Southern District of New York:

1)    *In re World Trade Center Lower Manhattan Disaster Site Litigation*
      21 MC 102 (AKH)

The cases are related because the above litigation comprises cases concerning injuries allegedly resulting from, relating to, and arising out of the September 11, 2001 terrorist-related aircraft crashes at the World Trade Center Towers.

Dated: New York, New York  
       March 20, 2008

MICHAEL A. CARDOZO  
New York City Law Department

By: _____  
Noe Ramon N. Ilano (NI – 6225)  
Attorney  
100 Church Street  
New York, NY, 10007  
(212) 676-2598  
nilano@law.nyc.gov

*Attorneys for* The City of New York.

TO: Michael A. London, Esq.  
    Douglas & London, P.C.  
    111 John Street, Suite 1400  
    New York, NY 10038

Case 1:08-cv-02926-AKH    Document 2    Filed 03/20/2008    Page 3 of 3